IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN JAMES LABUDA,<br>    Petitioner, | )<br>)<br>) |
| vs. | )    Civil Action No. 09-910 |
| | ) |
| UNITED STATES DISTRICT COURT<br>3RD CIRCUIT,<br>    Respondent. | )<br>)<br>) |

ORDER

AND NOW, this 3rd day of September, 2009, after the petitioner, Dean James Labuda, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 13), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Dean James Labuda (Docket No. 9) is dismissed and a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                     /s/ Nora Barry Fischer
                                                                     Nora Barry Fischer
                                                                     United States District Judge

cc:     Dean James Labuda
           FR-6396
           SCI Albion
           10745, Route 18
           Albion, PA 16475-0002